UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAWN SMALLS | * | CIVIL ACTION NO: 20-1198 |
| | * | |
| VERSUS | * | |
| | * | SECTION: "L" (4) |
| WOOD GROUP PSN, INC., SPARROWS | * | |
| OFFSHORE, LLC AND ABC COMPANY | * | |

### DEFENDANT, REC MARINE LOGISTICS, LLC'S WITNESS LIST AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel comes Defendant, REC Marine Logistics, LLC, who submits the following witness and exhibit list:

### WITNESSES:

1. Shawn Smalls
   130 St. Louis Street
   Houma, Louisiana 70364
   Phone number unknown

   Facts and circumstances surrounding the incident;

2. Captain Eric Brignac
   8 South Church Street
   Washington, Louisiana 70589
   Phone number: 985-772-0690

   Facts and circumstances surrounding the incident;

3. Joey Duplantis, deckhand
   115 West Court
   Dulac, Louisiana 70353
   Phone number: 850-532-4705

        Facts and circumstances surrounding the incident;

4.     Holly Sharp
       LaPorte CPAs & Business Advisors
       111 Veterans Blvd., Suite 600
       Metairie, LA 70005
       Phone: 504-838-4829 Ext. 3129

       Economic expert - Testimony regarding plaintiff's economic damages;

5.     Nancy Favaloro
       Seyler Favaloro
       1615 Poydras Street, Suite 1040
       New Orleans, LA 70112
       Phone: 504-524-3378

       Vocational rehabilitation expert - Testimony regarding plaintiff's ability to return to work, job availability, and other vocational rehabilitation issues;

6.     Dr. Gabriel Tender;
       West Jefferson Neurosurgery Clinic
       1111 Medical Center Blvd
       South tower - Sixth floor
       Suite 650
       Marrero, La 70072
       Phone number: 504-412-1517

       Testimony regarding plaintiff's medical condition and his medical treatment; and

7.     Any witness listed by the plaintiff;

## EXHIBITS

1.     GOL WARRIOR Personal Incident/Illness Report dated 3/7/20 (bates numbered REC0000001 - REC000005);

2.     GOL, LLC Daily Mater's Lod dated 3/7/20 (bates numbered REC000039);

3.     Shawn M. Smalls' deposition taken on 3/4/21 and exhibits;

4. Houma Family Practice Physical Exam Form dated 5/8/17 (Smalls Deposition Exhibit Number 1);

5. OMS Medical Questionnaire dated 4/25/18 (Smalls Deposition Exhibit Number 2);

6. OMS Medical Questionnaire dated 11/2/18 (Smalls Deposition Exhibit Number 3);

7. PES Post Offer Employment Medical Inquiry dated 11/2/18 (Smalls Deposition Exhibit Number 4);

8. Occupational Medicine Services, LLC Appendix C to Sec. 1910.134': OSHA Respirator Medical Evaluation Questioner dated 11/2/18 (Smalls Deposition Exhibit Number 5);

9. PES Supervisor's First Report of Event dated 3/7/20 ((Smalls Deposition Exhibit Number 6);

10. PES Notification of Incident ((Smalls Deposition Exhibit Number 7);

11. PES Witness Statement dated 3/7/20 (Smalls Deposition Exhibit Number 8);

12. Plaintiff's Social Security Records;

13. Plaintiff's tax records;

14. Plaintiff's wage records;

15. Plaintiff's PES employment file;

16. Any exhibit listed by plaintiff or any other defendant.

Respectfully submitted,

/S/ RUFUS C. HARRIS, III

RUFUS C. HARRIS, III (#6638)
ALFRED J. RUFTY, JR. (#19990)
CINDY G. MARTIN (#25159)
HARRIS & RUFTY, L.L.C.
650 Poydras Street, Suite 2710
New Orleans, Louisiana 70130
Telephone: (504) 525-7500
Attorneys for REC Marine Logistics, LLC

3

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing pleading has been forwarded to opposing counsel via United States mail postage prepaid by electronic transmission including email or ECF system, this 15th day of April, 2021.

                                             /S/ RUFUS C. HARRIS, III
                                             _____
                                             RUFUS C. HARRIS, III